**NOTE: CHANGES MADE BY COURT**

JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

MISTY TORRES, an individual,

Plaintiff,

v.

CITY OF LA PALMA, a municipal corporation; and DOES 1 through 20, inclusive,

Defendants.

Case No. 8:26-cv-01754-FWS-KES

Assigned to the Hon. Fred W. Slaughter

**ORDER RE STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE [19]**

Having reviewed and considered the Stipulation to Dismiss with Prejudice the Entire Action, (Dkt. 19 ("Stipulation")), the files and records of the case, the applicable law, and for the good cause demonstrated in the Stipulation, the court **APPROVES** the Stipulation and **ORDERS** the following:

///

///

///

The above-captioned case is **DISMISSED WITH PREJUDICE** in its entirety, with each party to bear its own costs.

**IT IS SO ORDERED**.

Dated: October 29, 2026

Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE